ROBIN B. JOHANSEN, State Bar No. 79084
MARGARET R. PRINZING, State Bar No. 209482
KARI KROGSENG, State Bar No. 215263
Email: mprinzing@rjp.com
REMCHO, JOHANSEN & PURCELL, LLP
201 Dolores Avenue
San Leandro, CA 94577
Phone: (510) 346-6200
Fax: (510) 346-6201

Attorneys for Petitioner
ROBERT RUBANE DIAZ

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT RUBANE DIAZ, | ) No.: CV 93-6309 TJH (CTx) |
| Petitioner, | ) **DEATH PENALTY CASE** |
| vs. | ) **NOTICE OF DISMISSAL** |
| ROBERT L. AYERS, | ) |
| Respondent. | ) |

      Petitioner's counsel has been informed that Petitioner Robert Rubane Diaz died of natural causes on August 11, 2010. On September 14, 2010, this Court ordered the parties to file either a joint status report or a notice of dismissal by September 27, 2010. Accordingly, petitioner's counsel hereby dismisses this action.

Dated: September 27, 2010

Respectfully submitted,

REMCHO, JOHANSEN & PURCELL, LLP

By: /s/ Margaret R. Prinzing
     Margaret R. Prinzing

Attorneys for Petitioner Robert Rubane Diaz

      It is so ordered.

Date: September 30, 2010

**TERRY J. HATTER, JR.**
───────────────────────
Terry J. Hatter, Jr.

(00087221.2)

1